AO442 (Rev.10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

09-3729-WCT

UNITED STATES OF AMERICA
V.
GREGORY JAMES CATON
1139 HODGES STREET
LAKE CHARLES, LA 70601

**WARRANT FOR ARREST**

CASE NUMBER: - 2:04CR20075-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ GREGORY JAMES CATON _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n) **ORDER OF COURT**

charging him or her with (brief description of offense)
NONCOMPLIANCE WITH TERMS AND/OR CONDITIONS OF SUPERVISION

In violation of Title __18__ United States Code, Section(s) __USC § 35:83__

ROBERT H. SHEMWELL
Name of Issuing Officer

*Catherine Bacon* (signature)
Signature of Issuing Officer

s/Catherine Bacon
(By) Deputy Clerk

CLERK, UNITED STATES DISTRICT COURT
Title of Issuing Officer

October 1, 2008    Lafayette, LA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

WEIGHT: _____

HEIGHT: _____

RACE: _____

SEX: _____

EYES: _____

HAIR: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____