UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-3729-TURNOFF

UNITED STATES OF AMERICA,

       Plaintiff,        **STIPULATED ORDER OF DETENTION**

vs.

GREGORY CATON

       Defendant.

_____/

    **THIS CAUSE** came before the Court and pursuant to proceedings held, it is thereupon

    **ORDERED AND ADJUDGED** That the above named Defendant is hereby Ordered Pretrial Detained pursuant to the **Stipulation** of the parties.  The Defendant reserves the right to have a Pretrial Detention Hearing upon his/her request.

    **DONE AND ORDERED** at Miami, Florida this __16TH__ day of

__DECEMBER_____, 2009.

DAR  10:43:54
TAPE NO:09-G-75

                        _____
                        WILLIAM C. TURNOFF
                        UNITED STATES MAGISTRATE JUDGE

c:    AUSA
       Defense Counsel
       Pretrial Services
       U.S. Marshal