UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-3729-TURNOFF

UNITED STATES OF AMERICA,
        Plaintiff,
v.
GREGORY CATON,

        Defendant.

**WARRANT OF REMOVAL**

REG #: 07245-035

A(n)
- [ ] Complaint
- [ ] Indictment
- [ ] Information
- [ ] Probation Violation Warrant
- [x] Bench Warrant

having been filed in the WESTERN DISTRICT OF LOUISIANA, charging the above named defendant with VIOLATION OF SUPERVISED RELEASE, and the defendant having [ ] surrendered [x] been arrested in the Southern District of Florida, having had an initial appearance before the Court and having:

[x] waived further hearing   [ ] been given a hearing in accordance with **Fed.R.Crim.P.5(c)**.

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at Miami, Florida this 28th day of DECEMBER, 2009.

TAPE NO: 09D-53, 54; DAR 10:21:01

STEPHEN T. BROWN (CHIEF)
UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense
   Pretrial Services
   U.S. Marshal (2 certified copies)